*Formatted for Electronic Distribution*                                                          *Not for Publication*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF VERMONT

_____

**In re:**
    **Todd M. Enright,**                                                                    Chapter 7 Case
            **Debtor.**                                                                  # 10-10873
_____

**Nelson Mullins, Riley & Scarborough LLP,**
            **Plaintiff,**                                                              Adversary Proceeding
    **v.**                                                                                       # 11-1004
**Todd M. Enright,**
            **Defendant.**
_____

*Appearances:*    *Michael Frederick Hanley, Esq.*    *Todd M. Enright*
                     *White River Junction, Vermont*      *Brattleboro, Vermont*
                     *For the Plaintiff*                          *Defendant Pro Se*

## ORDER AND JUDGMENT
### GRANTING THE PLAINTIFF'S AMENDED MOTION FOR SUMMARY JUDGMENT

        For the reasons set forth in the memorandum of decision of even date, IT IS HEREBY ORDERED that the Plaintiff's amended motion for summary judgment is GRANTED with respect to the § 523(a)(5) claim set forth in the complaint.

        IT IS FURTHER ORDERED that judgment is hereby entered in favor of the Plaintiff, against the Defendant, in the amount of $220,419.00 plus interest at a rate of 6.25% per annum.

        SO ORDERED.

November 10, 2011                                          Colleen A. Brown
Burlington, Vermont                                   United States Bankruptcy Judge

Filed & Entered
On Docket
November 10, 2011